DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC STEVENS, ESQ. (SBN 251245)
ACE T. TATE, ESQ. (SBN 262015)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
istevens@mastagni.com
atate@mastagni.com

Attorneys for Plaintiffs
Ray Strong, et. al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY STRONG, et al., on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>C & H SUGAR COMPANY, INC.; AMERICAN SUGAR REFINING, INC.; and DOES 1-100 inclusive<br><br>Defendants. | Case No.: 3:17-cv-00480-RS<br><br>[CLASS ACTION & COLLECTIVE ACTION]<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR (1) CONDITIONAL CERTIFICATION (2) PRELIMINARY APPROVAL CERTIFYING CLASS; (3) CERTIFICATION OF COLLECTIVE AND CLASS REPRESENTATIVE; (4) APPOINTMENT OF COLLECTIVE AND CLASS COUNSEL; (5) PRELIMINARY APPROVAL OF SETTLEMENT AND NOTICE THEREOF; (6) SETTING SCHEDULE FOR FINAL APPROVAL OF SETTLEMENT;**<br><br>Date: August 16, 2018<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

NOTICE IS HEREBY GIVEN that on August 16, 2018, at 1:30 p.m. in Courtroom 3 of the above entitled Court, before the Honorable Richard Seeborg, Plaintiff Ray Strong moves, and

Defendants C & H Sugar Company, Inc. and American Sugar Refining, Inc. do not oppose, that the Court issue an order as to the following:

(1) Find that Plaintiff is similarly situated to the members of the FLSA Collective Action and subclasses defined herein to warrant conditional certification of this action pursuant to 29 U.S.C. 216(b) for the purposes of the proposed settlement;

(2) Find that the California Class and the sub-classes defined herein warrant preliminary certification pursuant to Federal Rule of Civil Procedure Rule 23 for purposes of the proposed settlement;

(3) Certify Plaintiff Ray Strong as the Collective Action and Class Representative;

(4) Appoint Mastagni Holstedt, A.P.C. as Collective Action & Class Counsel;

(5) Preliminarily approve the proposed settlement;

(6) Approve, and direct the mailing of the proposed Class Forms (Class Notice, Claim Forms, and Opt-Out Form) in accordance with the Parties proposed timeline;

(7) Schedule a fairness hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable, and adequate as to the members of the Collective Action Class and California Class (and sub-classes thereof).

This motion is based on the Complaint, the proposed Settlement Agreement and notice documents therewith, Memorandum of Points and Authorities, the Declarations in support of this motion; the other records, pleadings, and papers filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion or in the Court's discretion resolved without oral argument.

Respectfully submitted,

Dated: June 29, 2018  **MASTAGNI HOLSTEDT, APC**

By: */s/ Ace T. Tate*
DAVID E. MASTAGNI
ISAAC S. STEVENS
ACE T. TATE
Attorneys for Plaintiffs